# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONSO JOSE LOPEZ, | ) | Case No. SA CV 13-1581 PA (MRW) |
|       Petitioner, | ) | |
|   vs. | ) | JUDGMENT |
| G.D. LEWIS, Warden, | ) | |
|       Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 8, 2014

                                      _____
                                      HON. PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE